Richard D. Marca, State Bar # 127365
*Richard.Marca@greshamsavage.com*
Jamie Wrage, State Bar #188982
*Jamie.Wrage@greshamsavage.com*
Jeff T. Olsen. State Bar #283249
*Jeff.Olsen@greshamsavage.com*
**GRESHAM SAVAGE NOLAN & TILDEN,**
**A Professional Corporation**
3750 University Avenue, Suite 250
Riverside, CA  92501-3335
Telephone:    (951) 684-2171
Facsimile:     (951) 684-2150

Attorneys for Defendants,
AGRESERVES, INC. dba SOUTH VALLEY
FARMS and SOUTH VALLEY ALMOND
COMPANY, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONEL ROJAS RIVERA, individually and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AGRESERVES, INC. dba SOUTH VALLEY FARMS; and SOUTH VALLEY ALMOND COMPANY, LLC; and DOES 1 through 10,<br><br>Defendants. | NO. 1:15-CV-00613-AWI-JLT<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING (L. Rule 144; FRCP 6)**<br><br>(Doc. 5) |

1
**STIPULATION AND** ~~PROPOSED~~ **ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING**

GRESHAM|SAVAGE
ATTORNEYS AT LAW
3750 UNIVERSITY AVE.
STE. 250
RIVERSIDE, CA  92501-3335
(951) 684-2171

A915-001 -- 1588209.1

## STIPULATION

Pursuant to Civil Local Rule 144, and Fed. R. Civ. P. 6, Plaintiff Leonel Rojas Rivera, by and through his attorneys of record, and Defendants AgReserves, Inc. dba South Valley Farms ("AgReserves") and South Valley Almond Company, LLC ("Almond Company), by and through their attorneys of record, hereby stipulate to an extension as follows:

1. On March 10, 2015, Plaintiff Leonel Rojas Rivera ("Plaintiff") filed a putative class action complaint ("the Complaint") in Kern County Superior Court (Case No. S-1500-CV-284358)

2. On April 20, 2015, Defendant AgReserves filed a Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 in the Eastern District of California (Case No. 1:15-AT-00326).  On the same day, April 20, 2015, Defendant Almond Company consented to AgReserves's Notice of Removal.

3. Defendants currently must file responsive pleadings by April 27, 2015.

4. On April 21, 2015, the parties met and conferred in compliance with Eastern District of California Local Rule 144 regarding Defendants' intent to file respective Motions to Dismiss the Complaint pursuant to Fed. R. Civ. P. 12.

5. During the meet and confer process, the parties could not agree on whether Plaintiff would file a first amended complaint in federal court.  To allow Plaintiff ample time to decide whether to file an amended complaint in the Eastern District of California in lieu of Defendants filing their respective Motions to Dismiss the Complaint, Defendants must have an extension to respond to the initial Complaint while Plaintiff weighs his options.

Based on the foregoing, IT IS HEREBY STIPULATED, by and between all parties through their respective counsel of record that:

(1) Defendant AgReserves's date to answer or otherwise respond to the initial Complaint on file is extended to May 10, 2015.

(2) Defendant Almond Company's date to answer or otherwise respond to the initial Complaint on file is extended to May 10, 2015.

GRESHAM|SAVAGE
ATTORNEYS AT LAW
3750 UNIVERSITY AVE.
STE. 250
RIVERSIDE, CA  92501-3335
(951) 684-2171

2

A915-001 -- 1588209.1

(3) If Plaintiff so chooses, Plaintiff may file an amended complaint on or before May 1, 2015. If the amended complaint is filed, Defendants' time to answer or otherwise respond to the amended complaint will be in accordance with Fed. R. Civ. P. 15(a)(3) – namely, 14 days after service of the amended complaint.

**IT IS SO STIPULATED.**

Dated: April 21, 2015                    KARASIK LAW FIRM


By: /s/
    Gregory N. Karasik
    Attorneys for Plaintiff,
    LEONEL ROJAS RIVERA, on behalf of
    himself and all others similarly situated


Dated: April 21, 2015                    GRESHAM SAVAGE NOLAN & TILDEN, PC


By: /s/
    Richard D. Marca
    Jamie E. Wrage
    Jeff T. Olsen
    Attorneys for Defendants, AGRESERVES,
    INC dba SOUTH VALLEY FARMS, and
    SOUTH VALLEY ALMOND COMPANY,
    LLC

ORDER

IT IS SO ORDERED.

Dated:   **April 23, 2015**              **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE

GRESHAM|SAVAGE
ATTORNEYS AT LAW
3750 UNIVERSITY AVE.
STE. 250
RIVERSIDE, CA  92501-3335
(951) 684-2171

3

A915-001 -- 1588209.1