Richard D. Marca, State Bar # 127365
Richard.Marca@greshamsavage.com
Jamie Wrage, State Bar #188982
Jamie.Wrage@greshamsavage.com
Jeff T. Olsen. State Bar #283249
Jeff.Olsen@greshamsavage.com
**GRESHAM SAVAGE NOLAN & TILDEN,
A Professional Corporation**
3750 University Avenue, Suite 250
Riverside, CA  92501-3335
Telephone:    (951) 684-2171
Facsimile:    (951) 684-2150

Attorneys for Defendants,
AGRESERVES, INC. dba SOUTH VALLEY FARMS and SOUTH VALLEY ALMOND COMPANY, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONEL ROJAS RIVERA, individually and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AGRESERVES, INC. dba SOUTH VALLEY FARMS; and SOUTH VALLEY ALMOND COMPANY, LLC; and DOES 1 through 10,<br><br>Defendants. | NO. 1:15-CV-00613-AWI-JLT<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT SOUTH VALLEY ALMOND COMPANY, LLC WITHOUT PREJUDICE**<br><br>Complaint Filed:<br>March 10, 2015<br>Date Notice of Removal Filed:<br>April 20, 2015<br>Trial Date: None Set |

GRESHAM|SAVAGE
ATTORNEYS AT LAW
3750 UNIVERSITY AVE.
STE. 250
RIVERSIDE, CA  92501-3335
(951) 684-2171

1
**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT SOUTH VALLEY ALMOND COMPANY, LLC WITHOUT PREJUDICE**
A915-001 -- 1598854.1

TO THE DISTRICT COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Leonel Rojas Rivera, on behalf of himself and the putative class, Defendant AGRESERVES, INC. dba South Valley Farms, and Defendant SOUTH VALLEY ALMOND COMPANY, LLC, stipulate as follows through their undersigned counsel of record:

1. Plaintiff, on behalf of himself and the putative class, and Defendant AGRESERVES, INC. dba South Valley Farms consent to the Dismissal of Defendant SOUTH VALLEY ALMOND COMPANY, LLC, from the above captioned matter, without prejudice.

2. Plaintiff and Defendant, SOUTH VALLEY ALMOND COMPANY, LLC, hereby agree that each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: April 28, 2015                KARASIK LAW FIRM

By: /s/
Gregory N. Karasik
Attorney for Plaintiff,
LEONEL ROJAS RIVERA, on behalf of
himself and all others similarly situated

Dated: April 28, 2015                GRESHAM SAVAGE NOLAN & TILDEN, PC

By: /s/
Richard D. Marca
Jamie E. Wrage
Jeff T. Olsen
Attorneys for Defendants, AGRESERVES,
INC dba SOUTH VALLEY FARMS, and
SOUTH VALLEY ALMOND COMPANY,
LLC

GRESHAM|SAVAGE
ATTORNEYS AT LAW
3750 UNIVERSITY AVE.
STE. 250
RIVERSIDE, CA 92501-3335
(951) 684-2171

2
**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT SOUTH VALLEY ALMOND COMPANY, LLC WITHOUT PREJUDICE**

A915-001 -- 1598854.1

ORDER

1

2 IT IS SO ORDERED.

3 Dated: April 28, 2015                    _____
                                                              SENIOR DISTRICT JUDGE
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GRESHAM|SAVAGE
ATTORNEYS AT LAW
3750 UNIVERSITY AVE.
STE. 250
RIVERSIDE, CA  92501-3335
(951) 684-2171

3
**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT SOUTH VALLEY ALMOND COMPANY, LLC WITHOUT PREJUDICE**

A915-001 -- 1598854.1