Richard D. Marca, State Bar # 127365
*Richard.Marca@greshamsavage.com*
Jamie Wrage, State Bar #188982
*Jamie.Wrage@greshamsavage.com*
Jeff T. Olsen. State Bar #283249
*Jeff.Olsen@greshamsavage.com*
**GRESHAM SAVAGE NOLAN & TILDEN,**
**A Professional Corporation**
550 East Hospitality Lane, Suite 300
San Bernardino, CA 92408
Telephone:      (951) 684-2171
Facsimile:      (951) 684-2150

Attorneys for Defendants,
AGRESERVES, INC. dba SOUTH VALLEY
FARMS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONEL ROJAS RIVERA, individually and on behalf of other persons similarly situated, | Case No.: 1:15-CV-00613- JLT |
| Plaintiff, | **JOINT STIPULATION AND REQUEST TO EXTEND CERTAIN SCHEDULING DATES; ORDER GRANTING IN PART** |
| vs. | |
| AGRESERVES, INC. dba SOUTH VALLEY FARMS; and SOUTH VALLEY ALMOND COMPANY, LLC; and DOES 1 through 10, | (Doc. 23) |
| Defendants. | |

GRESHAM | SAVAGE
ATTORNEYS AT LAW
550 EAST HOSPITALITY
LANE, SUITE 300
SAN BERNARDINO, CA 92408

A915-001 -- 2142191.1

TO THIS HONORABLE COURT:

Plaintiff Leonel Rojas Rivera, by and through his attorneys of record, and Defendant AgReserves, Inc. dba South Valley Farms ("AgReserves") by and through their attorneys of record, hereby stipulate to request that the Court extend certain Scheduling Order dates [Docket No. 17] – specifically the non-expert discovery cut-off, the expert discovery cut off, the deadline for Plaintiff to file class certification motion, and dispositive motion hearing cut-off dates, as follows:

WHEREAS, the Parties have worked diligently to conduct discovery in this matter, including exchanging and responding to the initial set of written discovery by both sides, and taking the deposition of Plaintiff Leonel Rojas Rivera;

WHEREAS, despite the Parties' efforts, a substantial amount of discovery to be conducted, including but not limited to, additional written discovery regarding class certification issues, and the potential need for additional depositions;

WHEREAS, the Parties are working diligently to complete this long discovery process;

WHEREAS, the Parties have agreed to participate in a private mediation in this matter on May 31, 2016;

WHEREAS, if the matter does not resolve upon private mediation, the parties would like more time to prepare additional discovery by mutually agreeing to extend operative scheduling dates from the Scheduling Order;

WHEREAS, the current operative dates [Docket No. 17] are as follows:

- Non-Expert Discovery Cut-Off: June 6, 2016
- Expert Discovery Cut-Off: August 22, 2016
- Filing of Class Certification Deadline: October 17, 2016
- Opposition to Class Certification Deadline: December 5, 2016
- Reply brief to Class Certification Deadline: January 9, 2017
- Hearing on Class Certification: February 8, 2017

WHEREAS, the Parties propose a continuance of the previously calendared dates to allow for proper discovery and full exploration of mediation options, as follows:

GRESHAM | SAVAGE
ATTORNEYS AT LAW
550 EAST HOSPITALITY
LANE, SUITE 300
SAN BERNARDINO, CA 92408

1
PROOF OF SERVICE

A915-001 -- 2142191.1

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Non-Expert Discovery Cut-Off | June 6, 2016 | August 5, 2016 |
| Expert Discovery Cut-Off | August 22, 2016 | September 22, 2016 |
| Filing of Class Certification Motion Deadline | October 17, 2016 | November 17, 2016 |
| Opposition to Class Certification Deadline | December 5, 2016 | January 13, 2017 |
| Reply brief to Class Certification Deadline | January 9, 2017 | February 10, 2017 |
| Hearing on Class Certification | February 8, 2017 | March 13, 2017 |

///

///

///

///

///

///

///

///

///

///

GRESHAM | SAVAGE
ATTORNEYS AT LAW
550 EAST HOSPITALITY
LANE, SUITE 300
SAN BERNARDINO, CA 92408

A915-001 -- 2142191.1

1  **IT IS SO STIPULATED.**

2

3  Dated:  May 2, 2016                                    KARASIK LAW FIRM

4

5

6  By: */s/ GregoryN. Karasik*_____
                                                          Gregory N. Karasik

7                                                         Attorneys for Plaintiff,
                                                          LEONEL ROJAS RIVERA, on behalf of

8                                                         himself and all others similarly situated

9

10  Dated:  May 2, 2016                                   GRESHAM SAVAGE NOLAN & TILDEN, PC

11

12

13  By: */s/  Richard D. Marca*_____
                                                          Richard D. Marca

14                                                        Jamie E. Wrage
                                                          Jeff T. Olsen

15                                                        Attorneys for Defendants, AGRESERVES,
                                                          INC dba SOUTH VALLEY FARMS

16

17

18                                    **ORDER**

19       Based upon the stipulation and after conducting an informal telephonic conference with

20  counsel, the Court **ORDERS**:

21       1.      The stipulation is **GRANTED in PART** as follows:

22            a.      The deposition of Plaintiff and the Fed. R. Civ. P. 30(b) deponent **SHALL**

23  be completed no later than **July 15, 2016**;

24            b.      Expert disclosures **SHALL** be made no later than **July 29, 2016** and

25  rebuttal experts disclosed no later than **August 26, 2016**;

26            c.      Expert discovery **SHALL** be completed no later than **September 16,**

27  **2016**;

28

GRESHAM | SAVAGE
ATTORNEYS AT LAW
550 EAST HOSPITALITY
LANE, SUITE 300
SAN BERNARDINO, CA 92408

3
PROOF OF SERVICE

A915-001 -- 2142191.1

1            d.      Non-dispositive motions **SHALL** be filed no later than **September 30,**

2    **2016** and heard no later than **October 28, 2016**;

3            e.      The motion for class certification **SHALL** be filed no later than

4    **November 25, 2016**;

5        f.      Opposition to the motion for class certification **SHALL** be filed no later than

6    **January 13, 2017**;

7        g.      The reply to the opposition to the motion for class certification **SHALL** be filed

8    no later than **February 10, 2017**;

9        h.      The hearing on the motion for class certification is **CONTINUED** to **February**

10   **27, 2017** at 9:30 a.m.

11   **No other modifications to the case schedule are authorized.**

12

13   IT IS SO ORDERED.

14       Dated:   **May 6, 2016**                     **/s/ Jennifer L. Thurston**

15                                              UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

GRESHAM | SAVAGE
ATTORNEYS AT LAW
550 EAST HOSPITALITY
LANE, SUITE 300
SAN BERNARDINO, CA 92408

4
PROOF OF SERVICE

A915-001 -- 2142191.1