# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONEL ROJAS RIVERA, individually and on behalf of other persons similarly situated, <br><br>  Plaintiff, <br><br> v. <br><br> AGRESERVES, INC., et al., <br><br>  Defendants. | Case No.: 1:15-cv-00613 - JLT <br><br> ORDER AFTER NOTICE OF SETTLEMENT <br><br> (Doc. 27) |

On July 11, 2016, the parties notified the Court that "the parties reached an agreement on the material terms of a class action settlement." (Doc. 27) They reported they were engaged in the process of memorializing the settlement in written documents. (*Id.*) Therefore, the Court **ORDERS**:

1. The motion for preliminary approval of the class settlement SHALL be filed no later than **August 26, 2016**; and

2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:   **July 27, 2016**            /s/ Jennifer L. Thurston
                              UNITED STATES MAGISTRATE JUDGE